# MINUTE ENTRY

JOAN M. AZRACK, USMJ  DATE: 8/11/11

DOCKET: 10-CV-5990 (ERK)  CASE: MARTIN V. T-MOBILE USA et al

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☒ TELEPHONE  ☐ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.  ☒ STATUS CONF.  ☐ SETTLEMENT CONF.  ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☒ 15  ☐ 30  ☐ 45  ☐ 60  ☐ Other: _____

FOR PLAINTIFF: Brian Arce

FOR DEFENDANT: ~~[illegible]~~ Ben Stone

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Tulip conf

10/3/11  11:00

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on  Oct 3  11:00  (☐ Telephone) ☐ In-Person
☐ Pre-Trial Order by _____